THOMAS CHRISTENSEN, ESQ.
Nevada Bar # 2326
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
(702) 870-1000 Phone
(702) 870-6152 Fax
courtnotices@injuryhelpnow.com
Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GLENN HAYWARD, individually and as Trustee for the Estate of SHERRY HAYWARD and TAMARA HARLESS, as Special Administrator for the Estate of SHERRY HAYWARD, <br><br> Plaintiff, <br><br> vs. <br><br> UNITEDHEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICES INC., AARP MEDICAL ADVANTAGE PLAN, ROE INSURER and DOES I - V, and ROE CORPORATIONS I - V, inclusive, <br><br> Defendants. | CASE NO.: 2:11-cv-01658-LDG-GWF |

### STIPULATION AND ORDER TO DISMISS

COME NOW Plaintiffs, GLENN HAYWARD, individually and as Trustee for the Estate of SHERRY HAYWARD, and TAMARA HARLESS, as Special Administrator for the Estate of SHERRY HAYWARD ("Plaintiffs"), by and through their attorney of record Thomas Christensen of the law firm of Christensen Law Offices and Defendants, UNITED HEALTHCARE SERVICES, INC. and UNITED HEALTHCARE INSURANCE COMPANY

("Defendants") by and through their attorney of record Bryce C. Loveland, Esq. of the law firm of Brownstein Hyatt Farber Schreck, LLP, and stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 2nd day of December, 2011.

| CHRISTENSEN LAW OFFICES, LLC | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: _____ | By: _____ |
| THOMAS CHRISTENSEN, ESQ. | BRYCE C. LOVELAND, ESQ. |
| Nevada Bar No. 2326 | Nevada Bar no. 10132 |
| 1000 S. Valley View Blvd. | 100 N. City Parkway, Suite 1600 |
| Las Vegas, NV 89107 | Las Vegas, NV 89106 |
| (702) 870-1000 Phone | (702) 382-2101 Phone |
| (702) 870-6152 Fax | (702) 382-8135 Fax |
| courtnotices@injuryhelpnow.com | bcloveland@bhfs.com |
| Attorneys for Plaintiffs | Attorneys for Defendants, United HealthCare Services, Inc. and UnitedHealthcare Insurance |

## ORDER

IT IS SO ORDERED.

Dated this 27th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

///

///

///

```
```

1  Submitted by:

2

3  CHRISTENSEN LAW OFFICES, LLC

4  By: _____ /1054
5  THOMAS CHRISTENSEN, ESQ.
   Nevada Bar No. 2326
6  CHRISTENSEN LAW OFFICES, LLC
7  1000 S. Valley View Blvd.
   Las Vegas, Nevada 89107
8  (702) 870-1000 Phone
9  (702) 870-6152 Fax
   Attorneys for Plaintiffs

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CHRISTENSEN LAW
www.injuryhelpnow.com