1  THOMAS CHRISTENSEN, ESQ.
   Nevada Bar # 2326
2  CHRISTENSEN LAW OFFICES, LLC
3  1000 S. Valley View Blvd.
   Las Vegas, Nevada 89107
4  (702) 870-1000 Phone
   (702) 870-6152 Fax
5  courtnotices@injuryhelpnow.com
6  Attorneys for Plaintiffs

7                    **UNITED STATES DISTRICT COURT**
8
                         **DISTRICT OF NEVADA**
9
10 GLENN HAYWARD, individually and as      )
   Trustee for the Estate of SHERRY         ) CASE NO.: 2:11-cv-01658-LDG-GWF
11 HAYWARD and TAMARA HARLESS, as )
   Special Administrator for the Estate of  )
12 SHERRY HAYWARD,                          )
                                            )
13            Plaintiff,                    )
14 vs.                                      )
                                            )
15 UNITEDHEALTHCARE INSURANCE               )
   COMPANY, UNITED HEALTHCARE               )
16 INSURANCE COMPANY, UNITED                )
17 HEALTHCARE SERVICES INC., AARP           )
   MEDICAL ADVANTAGE PLAN, ROE              )
18 INSURER and DOES I - V, and ROE          )
   CORPORATIONS I - V, inclusive,           )
19                                          )
20            Defendants.                   )
                                            )
21
                  **STIPULATION AND ORDER TO DISMISS**
22
23        COME NOW Plaintiffs, GLENN HAYWARD, individually and as Trustee for the Estate

24 of SHERRY HAYWARD, and TAMARA HARLESS, as Special Administrator for the Estate of

25 SHERRY HAYWARD ("Plaintiffs"), by and through their attorney of record Thomas

26 Christensen of the law firm of Christensen Law Offices and Defendants, UNITED

27 HEALTHCARE SERVICES, INC. and UNITED HEALTHCARE INSURANCE COMPANY
28

("Defendants") by and through their attorney of record Bryce C. Loveland, Esq. of the law firm of Brownstein Hyatt Farber Schreck, LLP, and stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 2nd day of December, 2011.

| CHRISTENSEN LAW OFFICES, LLC | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: _____ | By: _____ |
| THOMAS CHRISTENSEN, ESQ. | BRYCE C. LOVELAND, ESQ. |
| Nevada Bar No. 2326 | Nevada Bar no. 10132 |
| 1000 S. Valley View Blvd. | 100 N. City Parkway, Suite 1600 |
| Las Vegas, NV 89107 | Las Vegas, NV 89106 |
| (702) 870-1000 Phone | (702) 382-2101 Phone |
| (702) 870-6152 Fax | (702) 382-8135 Fax |
| courtnotices@injuryhelpnow.com | bcloveland@bhfs.com |
| Attorneys for Plaintiffs | Attorneys for Defendants, United HealthCare Services, Inc. and UnitedHealthcare Insurance |

## ORDER

**IT IS SO ORDERED.**

Dated this 27th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

///

///

///

1  Submitted by:

2

3  CHRISTENSEN LAW OFFICES, LLC

4
    By: /s/ Jell Berk 11054
5  THOMAS CHRISTENSEN, ESQ.
    Nevada Bar No. 2326
6  CHRISTENSEN LAW OFFICES, LLC
7  1000 S. Valley View Blvd.
    Las Vegas, Nevada 89107
8  (702) 870-1000 Phone
    (702) 870-6152 Fax
9  Attorneys for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28